Natalia Osorio Elizondo (SBN 361604)
nosorio@cjaca.org
**COMMUNITY JUSTICE ALLIANCE**
1809 S Street, Suite 101-291
Sacramento, CA 95811
Telephone: (888) 585-4917
Facsimile: (888) 585-4927
Criminal Justice Act Panel Attorney for Petitioner
*Jonnathan Romero Marentes*

ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Attorneys for Respondents

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JONNATHAN ROMERO MARENTES,<br><br>                    Petitioner,<br><br>         vs.<br><br>WARDEN et. al.,<br><br>                    Respondents. | Case No.: 1:26-cv-00247<br><br>~~[PROPOSED]~~ **JOINT STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE TRAVERSE TO RESPONDENT'S OPPOSITION**<br><br>**Immigration Habeas Case**<br><br>PETITIONER'S DHS<br>A# 240 330 976<br><br>Petition filed on 01/12/2026<br>Return filed on 03/03/2026 |

///
///
///
///
///

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917 – F. 888.585.4927

The petitioner, JONNATHAN ROMERO MARENTES ("Petitioner"), by and through his counsel, Natalia M. Osorio-Elizondo, and the Respondents, WARDEN et. al., by and through their counsel, Assistant United States Attorney Justin Lee [ collectively "parties"] stipulate and agree to extend the time for the Petitioner to reply to the Government's response (ECF 4 and 9) as follows:

1. On March 3rd, 2026, Respondent filed a Return in Opposition to Petitioner's Petition for Habeas Corpus (ECF 1).

2. On March 11, 2026, the parties met and conferred regarding a stipulation to extend the time for Petitioner's traverse, so that this Court may rule on the discovery motion filed concurrently with this stipulation.

3. To allow the Court to decide whether there is good cause for discovery in this matter, the Parties hereby stipulate that Petitioner's Traverse / Reply will be due 14 days after a decision on the motion for discovery.

4. There have not been any prior requests for extensions submitted to the Court by any party.

**IT IS SO STIPULATED.**
BY:

/s/ Natalia M. Osorio-Elizondo
Natalia M. Osorio-Elizondo
*Attorney for Petitioner*
Jonnathan Romero Marentes

/s/ Justin L. Lee
Justin L. Lee, *Assistant U.S. Attorney,*
*Attorney for Respondents*

**IT IS SO ORDERED.**

ENTERED, March 17, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] JOINT STIPULATION TO EXTEND TIME FOR PETITIONER TO FILE  TRAVERSE TO RESPONDENT'S OPPOSITION
Case No. 1:26-cv-00247

COMMUNITY JUSTICE ALLIANCE
1809 S Street, Suite 101-291
Sacramento, CA 95811
T: 888.585.4917 – F: 888.585.4927